# DOCUMENTS TO BE SEALED

## PLAINTIFF

-V-

## DEFENDANT

**DOCKET NUMBER:** 20 CV 00847

**DATE FILED:** JAN 3 1 2020

**SIGNED BY:** JUDGE NATHAN

**DATE SIGNED:** JAN 3 1 2020

## TO BE FILED UNDER SEAL:

___ ENTIRE ACTION

___ COMPLAINT / PETITION ONLY

✓ OTHER DOCUMENTS / EXHIBITS

FILED
U.S. DISTRICT COURT
2020 JAN 31 AM 10: 57
S.D. OF N.Y.