ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 3M Company, 3M Innovative Properties Company, and 3M Health Information Systems, Inc.,<br><br>                          Plaintiffs,<br><br>v.<br><br>International Business Machines Corporation d/b/a Watson Health,<br><br>                          Defendant. | JAN 3 1 2020<br><br>Civil Action No. 20-cv-00847<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFFS' MOTION TO SEAL PORTIONS OF THE COMPLAINT, PORTIONS OF EXHIBIT 2 TO THE COMPLAINT, AND THE ENTIRETY OF EXHIBIT 3 TO THE COMPLAINT**

      Plaintiffs 3M Company, 3M Innovative Properties Company, and 3M Health Information Systems, Inc. ("Plaintiffs") hereby respectfully move this Court for entry of an order sealing portions of Plaintiffs' Complaint, portions of Exhibit 2 to the Complaint, and the entirety of Exhibit 3 to the Complaint. The reasons supporting Plaintiffs' Motion are set forth in the accompanying Declaration of Susan M. Salek and in the Memorandum of Law.

      **WHEREFORE**, Plaintiffs respectfully request that the Court enter the proposed Order sealing portions of the Complaint in the above-captioned matter, portions of Exhibit 2 to the Complaint, and the entirety of Exhibit 3 to the Complaint.

Dated: January 31, 2020
       New York, New York

Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____

Caitlin E. Olwell
David M. Zensky
Michael P. Kahn
Brooks J. Kenyon
AKIN GUMP STRAUSS HAUER & FELD LLP
Bank of America Building
1 Bryant Park
New York, NY 10036
Telephone: 212.872.1000
Fax: 212.872.1002
colwell@akingump.com
dzensky@akingump.com
mkahn@akingump.com
bkenyon@akingump.com

and

Karol A. Kepchar (*pro hac vice* to be filed)
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street NW
Washington, DC 20006
Telephone: 202.887.4000
Fax: 202.887.4288
kkepchar@akingump.com

*Attorneys for Plaintiffs 3M Company, 3M Innovative Properties Company, and 3M Health Information Systems, Inc.*