UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

3M Company, 3M Innovative Properties Company, and 3M Health Information Systems, Inc.,

           Plaintiffs,

v.

International Business Machines Corporation d/b/a Watson Health,

           Defendant.

---

Civil Action No. 20-cv-00847

[~~PROPOSED~~] ORDER TO SEAL

Upon consideration of the Motion of Plaintiffs 3M Company, 3M Innovative Properties Company, and 3M Health Information Systems, Inc. ("Plaintiffs"), including the accompanying Declaration of Susan M. Salek and Memorandum of Law, it is hereby:

**ORDERED**, that Plaintiffs' Motion to Seal is **GRANTED**, and it is further

**ORDERED**, that portions of the Complaint in the above-captioned matter, portions of Exhibit 2, and the entirely of Exhibit 3 to the Complaint be filed under seal.

**IT IS SO ORDERED.**

Dated: January 31, 2020

_____
United States District Judge

Plaintiffs' motion is temporarily granted until the assigned judge rules on the matter. Plaintiffs shall file the complaint and all papers in unredacted form on ECF within one week of the date of this Order unless Plaintiffs renew this application to the assigned judge.
SO ORDERED.

1