UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 3M Company, 3M Innovative Properties Company, and 3M Health Information Systems, Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>International Business Machines Corporation d/b/a Watson Health,<br><br>Defendant. | Civil Action No. 1:20-cv-00847-PGG<br><br>[~~PROPOSED~~] ORDER |

Upon consideration of the Letter Motion of Plaintiffs 3M Company, 3M Innovative Properties Company, and 3M Health Information Systems, Inc. ("Plaintiffs"), including the accompanying Declaration of Susan M. Salek, it is hereby:

**ORDERED**, that Plaintiffs' Letter Motion to File Under Seal is **GRANTED**, and it is further

**ORDERED**, that portions of the Complaint in the above-captioned matter as well as portions of Exhibit 2 and Exhibit 3 to the Complaint be filed under seal.

**IT IS SO ORDERED.**

Dated: Feb. 13, 2020

_____
Honorable Paul G. Gardephe
United States District Judge