UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 3M Company, 3M Innovative Properties Company, and 3M Health Information Systems, Inc., <br><br>            Plaintiffs, <br><br>    v. <br><br> International Business Machines Corporation d/b/a Watson Health, <br><br>            Defendant. | Civil Action No. 1:20-cv-00847-PGG <br><br> JURY TRIAL DEMANDED |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs 3M Company, 3M Innovative Properties Company, and 3M Health Information Systems, Inc. ("Plaintiffs"), by and through their undersigned attorneys, hereby give notice of the voluntary dismissal with prejudice of the above-captioned action against Defendant International Business Machines Corporation d/b/a Watson Health ("Defendant"). Plaintiffs have filed their Notice of Voluntary Dismissal With Prejudice before service by Defendant of either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: New York, New York
    February 18, 2020

Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

BY:    /s/ Michael P. Kahn

Michael P. Kahn

1

        David M. Zensky
        Caitlin E. Olwell
        Brooks J. Kenyon
        AKIN GUMP STRAUSS HAUER & FELD LLP
        Bank of America Building
        One Bryant Park
        New York, NY 10036
        Telephone: 212.872.1000
        Fax: 212.872.1002
        mkahn@akingump.com
        dzensky@akingump.com
        colwell@akingump.com
        bkenyon@akingump.com

*Attorneys for Plaintiffs 3M Company, 3M Innovative Properties Company, and 3M Health Information Systems, Inc.*