AO 121 (Rev. 06/16)

| TO: Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. 20cv00847 (PGG)    DATE FILED 1/31/2020 | United States District Court- Southern District of New York, 500 Pearl Street, New York, New York 10007 |
| PLAINTIFF<br>3M Company, 3M Innovative Properties Company, and 3M Health Information Systems, Inc. | DEFENDANT<br>International Business Machines Corporation<br>d/b/a Watson Health |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | TX 8-786-920 | GPS PRODUCT LAYER 2005.0.0 | 3M Company |
| 2 | TX 8-786-856 | GPS PRODUCT LAYER 2005.0.2 | 3M Company |
| 3 | TX 8-786-871 | GPS PRODUCT LAYER 2005.1.0 | 3M Company |
| 4 | TX 8-786-933 | GPS PRODUCT LAYER 2006.2.0 | 3M Company |
| 5 | TX 8-786-850 | GPS PRODUCT LAYER 2006.3.0 | 3M Company |

*See attached Addendum identifying additional Copyright Registration numbers

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
|---|---|---|---|
| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☒ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED<br>02/18/2020 |
|---|---|---|
| CLERK<br>Ruby J. Krajick | (BY) DEPUTY CLERK<br>A D'Agostino | DATE<br>02/18/2020 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# ADDENDUM TO AO 121 REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 6 | TX 8-786-880 | GPS PRODUCT LAYER 2007.2.0 | 3M Company, 3M Health Information Systems, Inc. |
| 7 | TX 8-786-844 | GPS PRODUCT LAYER 2007.3.0 | 3M Company, 3M Health Information Systems, Inc. |
| 8 | TX 8-786-878 | GPS PRODUCT LAYER 2007.3.1 | 3M Company, 3M Health Information Systems, Inc. |
| 9 | TX 8-786-838 | GPS PRODUCT LAYER 2008.1.0 | 3M Company, 3M Health Information Systems, Inc. |
| 10 | TX 8-786-828 | GPS PRODUCT LAYER 2008.3.0 | 3M Company, 3M Health Information Systems, Inc. |
| 11 | TX 8-786-886 | GPS PRODUCT LAYER 2009.0.0 | 3M Company, 3M Health Information Systems, Inc. |
| 12 | TX 8-786-714 | GPS PRODUCT LAYER 2009.0.2 | 3M Company, 3M Health Information Systems, Inc. |
| 13 | TX 8-786-711 | GPS PRODUCT LAYER 2009.1.0 | 3M Company, 3M Health Information Systems, Inc. |
| 14 | TX 8-786-864 | GPS PRODUCT LAYER 2009.3.0 | 3M Company, 3M Health Information Systems, Inc. |
| 15 | TX 8-786-693 | GPS PRODUCT LAYER 2011.0.0 | 3M Company, 3M Health Information Systems, Inc. |
| 16 | TX 8-786-875 | GPS PRODUCT LAYER 2011.2.0 | 3M Company, 3M Health Information Systems, Inc. |
| 17 | TX 8-786-923 | GPS PRODUCT LAYER 2011.2.3 | 3M Company, 3M Health Information Systems, Inc. |
| 18 | TX 8-786-903 | GPS PRODUCT LAYER 2011.3.0 | 3M Company, 3M Health Information Systems, Inc. |
| 19 | TX 8-786-893 | GPS PRODUCT LAYER 2012.0.0 | 3M Company, 3M Health Information Systems, Inc. |
| 20 | TX 8-786-890 | GPS PRODUCT LAYER 2012.2.0 | 3M Company, 3M Health Information Systems, Inc. |
| 21 | TX 8-786-927 | GPS PRODUCT LAYER 2012.3.0 | 3M Company, 3M Health Information Systems, Inc. |
| 22 | TX 8-786-935 | GPS PRODUCT LAYER 2012.3.1 | 3M Company, 3M Health Information Systems, Inc. |
| 23 | TX 8-786-708 | GPS PRODUCT LAYER 2013.0.1 | 3M Company, 3M Health Information Systems, Inc. |
| 24 | TX 8-786-770 | GPS PRODUCT LAYER 2013.1.2 | 3M Company, 3M Health Information Systems, Inc. |
| 25 | TX 8-787-322 | GPS PRODUCT LAYER 2013.2.3 | 3M Company, 3M Health Information Systems, Inc. |
| 26 | TX 8-787-329 | GPS PRODUCT LAYER 2013.3.0 | 3M Company, 3M Health Information Systems, Inc. |
| 27 | TX 8-786-774 | GPS PRODUCT LAYER 2013.3.3 | 3M Company, 3M Health Information Systems, Inc. |
| 28 | TX 8-786-777 | GPS PRODUCT LAYER 2014.0.0 | 3M Company, 3M Health Information Systems, Inc. |
| 29 | TX 8-787-320 | GPS PRODUCT LAYER 2014.3.2 | 3M Company, 3M Health Information Systems, Inc. |
| 30 | TX 8-787-317 | GPS PRODUCT LAYER 2015.3.0 | 3M Company, 3M Health Information Systems, Inc. |
| 31 | TX 8-787-316 | GPS PRODUCT LAYER 2017.2.2 | 3M Company, 3M Health Information Systems, Inc. |
| 32 | TX 8-787-323 | GPS PRODUCT LAYER 2017.3.0 | 3M Company, 3M Health Information Systems, Inc. |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 33 | TX 8-787-319 | GPS PRODUCT LAYER 2017.3.1 | 3M Company, 3M Health Information Systems, Inc. |
| 34 | TX 8-787-335 | GPS PRODUCT LAYER 2018.2.0 | 3M Company, 3M Health Information Systems, Inc. |
| 35 | TX 8-787-511 | APR-DRG 2003 | 3M Company |
| 36 | TX 8-787-362 | APR-DRG 2006 | 3M Company |
| 37 | TX 8-787-358 | APR-DRG 2007 | 3M Company, 3M Health Information Systems, Inc. |
| 38 | TX 8-787-354 | APR-DRG 2008 | 3M Company, 3M Health Information Systems, Inc. |
| 39 | TX 8-787-333 | APR-DRG 2009 | 3M Company, 3M Health Information Systems, Inc. |
| 40 | TX 8-787-338 | APR-DRG 2010 | 3M Company, 3M Health Information Systems, Inc. |
| 41 | TX 8-787-389 | APR-DRG 2011 | 3M Company, 3M Health Information Systems, Inc. |
| 42 | TX 8-787-391 | APR-DRG 2012 | 3M Company, 3M Health Information Systems, Inc. |
| 43 | TX 8-787-393 | APR-DRG 2013 | 3M Company, 3M Health Information Systems, Inc. |
| 44 | TX 8-787-408 | APR-DRG 2014 | 3M Company, 3M Health Information Systems, Inc. |
| 45 | TX 8-787-349 | APR-DRG 2015 | 3M Company, 3M Health Information Systems, Inc. |
| 46 | TX 8-787-351 | APR-DRG 2016 | 3M Company, 3M Health Information Systems, Inc. |
| 47 | TX 8-787-327 | APR-DRG 2017 | 3M Company, 3M Health Information Systems, Inc. |
| 48 | TX 8-787-352 | APR-DRG 2018 | 3M Company, 3M Health Information Systems, Inc. |
| 49 | TX 8-787-803 | RMCHI 2005 | 3M Company |
| 50 | TX 8-787-795 | RMCHI 2006 | 3M Company |
| 51 | TX 8-787-808 | UMAP 2006 | 3M Company |
| 52 | TX 8-787-411 | UMAP-RMCHI 2007 | 3M Company, 3M Health Information Systems, Inc. |
| 53 | TX 8-787-419 | UMAP-RMCHI 2008 | 3M Company, 3M Health Information Systems, Inc. |
| 54 | TX 8-787-417 | UMAP-RMCHI 2009 | 3M Company, 3M Health Information Systems, Inc. |
| 55 | TX 8-787-314 | UMAP-RMCHI 2010 | 3M Company, 3M Health Information Systems, Inc. |
| 56 | TX 8-787-367 | UMAP-RMCHI 2011 | 3M Company, 3M Health Information Systems, Inc. |
| 57 | TX 8-787-368 | UMAP-RMCHI 2012 | 3M Company, 3M Health Information Systems, Inc. |
| 58 | TX 8-787-710 | UMAP-RMCHI 2013 | 3M Company, 3M Health Information Systems, Inc. |
| 59 | TX 8-787-513 | UMAP-RMCHI 2014 | 3M Company, 3M Health Information Systems, Inc. |
| 60 | TX 8-787-313 | UMAP-RMCHI 2015 | 3M Company, 3M Health Information Systems, Inc. |
| 61 | TX 8-787-366 | UMAP-RMCHI 2016 | 3M Company, 3M Health Information Systems, Inc. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 62 TX 8-787-514 | UMAP-RMCHI 2017 | 3M Company, 3M Health Information Systems, Inc. |
| 63 TX 8-787-516 | UMAP-RMCHI 2018 | 3M Company, 3M Health Information Systems, Inc. |